10:00 AM

## PROCEEDING MEMO

Date:   JULY 13, 2016

In re:   DENNIS CASH

Bankruptcy No.  15-24761-CMB
Chapter 13
Doc. # 43

Appearances:

Movant(s):      ~~Andrew Gornall - Nationstar Mortgage LLC~~

Respondent(s):   Lawrence Willis - Debtor

~~Winnecour~~ / Pail / ~~Bedford / Katz~~

Nature of Proceeding:   Motion for Relief from Stay filed by Nationstar Mortgage, LLC

Additional Pleadings:   Response by Debtor (46);   Response by Chapter 13 Trustee (51)

Judge's Notes:   (Conciliation conference set for July 14, 2016 at 10:00)

Outcome:                                   Proof of payment provided.
                                          Motion withdrawn.

_____Motion is GRANTED _____Order entered

_____Motion is DENIED _____Order entered

_____Motion is DISMISSED _____ Order entered

_____Reschedule for Proper Service

_____Case DISMISSED _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER:   _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____days
                            Respondent(s) brief due _____days
                            Trustee's brief due _____days

# FILED

JUL 13 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
U. S. Bankruptcy Judge