## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dennis Cash | |
|        Debtor | CHAPTER 13 |
| | |
| Nationstar Mortgage LLC, its successors and/or assigns | |
|        Movant | |
|     vs. | |
| | |
| Dennis Cash | NO. 15-24761 CMB |
|        Debtor | |
| | |
| Ronda J. Winnecour | |
|        Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from Stay of Nationstar Mortgage LLC, which was filed with the Court on or about **June 8, 2016**.

                Respectfully submitted,

                **/s/ Joshua I. Goldman, Esquire**
                Joshua I. Goldman, Esquire
                Attorney ID 205047
                Attorneys for Movant/Applicant
                KML Law Group, P.C.
                Main Number: (215) 627-1322
                jgoldman@kmllawgroup.com

July 15, 2016