**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DENNIS CASH | Case No. 15-24761CMB |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PERTORRE AND CO INC | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

Mail addressed to the creditor at the address listed in the schedules has been returned as undeliverable. No change of address has been received by the Trustee.

| | |
|---|---|
| PERTORRE AND CO INC | Court claim# NC/Trustee CID# 8 |
| RD 4 BOX 240 | |
| ELIZABETH, PA 15037 | |

The Movant further certifies that on 09/19/2016 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
|  | RONDA J WINNECOUR PA ID #30399 |
|  | CHAPTER 13 TRUSTEE WD PA |
|  | 600 GRANT STREET |
| cc:  debtor(s) | SUITE 3250 US STEEL TWR |
|      original creditor | PITTSBURGH, PA  15219 |
|      putative creditor | (412) 471-5566 |
|      counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|      counsel for the creditor(s) (if known) | |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| DENNIS CASH, 1304 EVANS AVE, MCKEESPORT, PA  15132 | LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 400, PITTSBURGH, PA 15235 |

ORIGINAL CREDITOR:
PERTORRE AND CO INC, RD 4 BOX 240, ELIZABETH, PA  15037

NEW CREDITOR:
Sontino Latorre and Samuel Perri Jr. - Corp. Officers
2050 Hayden Blvd
Elizabeth PA 15037