**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Dennis Cash** : | Case No. 15−24761−CMB |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| Bayview Loan Servicing, LLC : | |
| *Movant,* : | |
| : | Related to Claim No. 6 |
| v. : | |
| Dennis Cash and : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

**ORDER**

    **AND NOW**, this **1st day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Bayview Loan Servicing, LLC* at Claim No. 6 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dennis Cash  
     Debtor  

Case No. 15-24761-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Dec 01, 2016  
                                   Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.  
db          +Dennis Cash,   1304 Evans Ave,   McKeesport, PA 15132-4910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:

        Alexandra Teresa Garcia   on behalf of Creditor   Bayview Loan Servicing, a Delaware Limited Liability Company ecfmail@mwc-law.com  
        Andrew F Gornall   on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Ann E. Swartz   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
        Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
        Joseph A. Dessoye   on behalf of Creditor   JPMorgan Chase Bank, National Association pawb@fedphe.com  
        Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        Lawrence W. Willis   on behalf of Debtor Dennis Cash help@urfreshstrt.com, urfreshstrt@gmail.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Roger P. Poorman   on behalf of Creditor   Parkview Community Federal Credit Union rpoorman@lenderlaw.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                          TOTAL: 11