**Form 237**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Dennis Cash** | : | Case No. 15−24761−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Nationstar Mortgage LLC | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 4 |
| v. | : | |
| Dennis Cash | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

    **AND NOW**, this **13th day of December, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Nationstar Mortgage LLC*** at Claim No. 4 in the above−captioned bankruptcy case,

    It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an ***AMENDED CHAPTER 13 PLAN;***

    (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 15-24761-CMB
Dennis Cash                                                                             Chapter 13
                    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin             Page 1 of 1              Date Rcvd: Dec 13, 2016
                              Form ID: 237           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db              +Dennis Cash,    1304 Evans Ave,    McKeesport, PA 15132-4910
14225422       ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor   Bayview Loan Servicing, a Delaware Limited
          Liability Company ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability
          Company ecfmail@mwc-law.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Joseph A. Dessoye    on behalf of Creditor   JPMorgan Chase Bank, National Association
          pawb@fedphe.com
          Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Dennis   Cash help@urfreshstrt.com,  urfreshstrt@gmail.com
          Matthew John McClelland    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Roger P. Poorman    on behalf of Creditor   Parkview Community Federal Credit Union
          rpoorman@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                        TOTAL: 12