**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-24761-CMB |
| **Dennis Cash,** | : | |
| Debtor | : | Chapter 13 |
| | : | |
| **Dennis Cash,** | : | Related to Docket No. 64 |
| Movant | : | |
| | : | Hearing Date and Time: |
| vs. | : | January 17, 2017 at 10:00 AM |
| | : | |
| **Safeway Insurance Co of Georgia,** | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO AVOID JUDGMENT HELD BY SAFEWAY INSURANCE CO. OF GEORGIA FILED AT DOCKET NO. 64

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judgment Held by Safeway Insurance Co. of Georgia filed on December 16, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 3, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>January 4, 2017</u>                                        By: /s/ Lawrence Willis Esquire
                                                                                 Lawrence W Willis, Esquire
                                                                                 PA I.D. # 85299
                                                                                 Willis & Associates
                                                                                 201 Penn Center Blvd
                                                                                 Pittsburgh, PA 15235
                                                                                 Tel: 412.825.5170
                                                                                 Fax: 412.823.2375
                                                                                 lawrencew@urfreshstrt.com
                                                                                 Attorney for Debtors