# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Dennis Cash**  *Debtor(s)* | Case No. 15−24761−CMB  Chapter: 13 |
| JPMorgan Chase Bank, National Association  *Movant,* | |
| | Related to Claim No. 5 |
| v.  Dennis Cash  Ronda J. Winnecour, Esq., Trustee  *Respondent.* | |

## ORDER

     **AND NOW**, this **24th day of February, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *JPMorgan Chase Bank, National Association* at Claim No. 5 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an *AMENDED CHAPTER 13 PLAN;*

    (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

 

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dennis Cash  
    Debtor

Case No. 15-24761-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Feb 24, 2017  
                     Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.  
db            +Dennis Cash,    1304 Evans Ave,    McKeesport, PA 15132-4910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:

        Alexandra Teresa Garcia    on behalf of Creditor     Bayview Loan Servicing, a Delaware Limited Liability Company ecfmail@mwc-law.com  
        Andrew F Gornall    on behalf of Creditor     Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Ann E. Swartz    on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
        James Warmbrodt    on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor     Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
        Joseph A. Dessoye    on behalf of Creditor     JPMorgan Chase Bank, National Association pawb@fedphe.com  
        Joshua I. Goldman    on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        Lawrence W. Willis    on behalf of Debtor Dennis Cash help@urfreshstrt.com, urfreshstrt@gmail.com  
        Matthew John McClelland    on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
        Roger P. Poorman    on behalf of Creditor     Parkview Community Federal Credit Union rpoorman@lenderlaw.com, sdorn@lenderlaw.com  
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor     Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                TOTAL: 13