# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Dennis Cash, | : | Case No. 15-24761-CMB |
| | : | |
| | : | Chapter 13 |
| Debtor | : | |

*************************************************************************

| | | |
|---|---|---|
| Dennis Cash, | : | |
| | : | |
| | : | Related to Docket No. 71 |
| Movant | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | June 7, 2017 at 10:00 AM |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |
| | : | |

*************************************************************************

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON
## MOTION TO APPROVE AUTOMOBILE FINANCING

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **May 15, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **June 7, 2017 at 10:00 a.m.** before Judge Bohm in Court Room B, 54th floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: April 26, 2017

Attorney for Movant/Applicant:

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375

lawrencew@urfreshstrt.com
Attorney for Debtors