# PROCEEDING MEMO

Date: 07/19/2017 11:00 am

In re: Dennis Cash

Bankruptcy No. 15-24761-CMB
Chapter: 13
Doc. # 75

**Appearances:** Willis for Debtor

**Movant(s):** Winnecour / Pail / Bedford / Katz

**Respondent(s):** Ann E. Swartz, Esq. for Bayview Loan Servicing
Lawrence Willis, Esq. for Debtor

**Creditor(s):** Suzanne Rushak for Salene Finance

**Nature of Proceeding:** #75 Trustees Objection to Notice of
Post-Petition Mortgage Fees, Expenses and Charges

**Additional Pleadings:** #76 Notice of Hearing
#77 Wilmington Savings' Fund's Response

**Judge's Notes:**

**Outcome:**    Trustee's order entered.

✓ Motion is GRANTED ✓ Order Entered

___ Motion is DENIED ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:    Movant(s) brief due ___ days
Respondent(s) brief due ___ days
Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

JUL 19 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA