**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Dennis Cash | Bankruptcy No. 15-24761-CMB |
| Debtor, | |
| | Chapter 13 |
| Wilmington Savings Fund Society, FBS, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance | |
| | Related to Document No. 82, 86 & 87 |
| Movant | |
| v. | |
| Ronda J. Winnecour, Chapter 13 Trustee, | |
| Respondent. | |

**CERTIFICATION OF SERVICE**

I, Celine P. DerKrikorian, counsel for Wilmington Savings Fund Society, FBS, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance, hereby certify that I served a true and correct copy of the Motion to Extend Deadline Set Forth by the July 19, 2017 Order along with Order Setting Date Certain for Response and Expedited Hearing on Motion upon by the means indicated below:

| | | |
|---|---|---|
| Ronda J. Winnecour | Lawrence W. Willis | Dennis Cash |
| Suite 3250, USX Tower | Willis & Associates | 1304 Evans Avenue |
| 600 Grant Street | 201 Penn Center Blvd | McKeesport, PA 15132 |
| Pittsburgh, PA 15219 | Suite 400 | **\*VIAOVERNIGHT US MAIL** |
| cmecf@chapter13trusteewdpa.com | Pittsburgh, PA 15235 | |
| **\*VIAOVERNIGHT US MAIL, ECF, & EMAIL** | help@urfreshstrt.com | |
| | **\*VIAOVERNIGHT US MAIL, ECF, & EMAIL** | |

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Fax: (412) 644-4785
**\*VIA OVERNIGHT US MAIL & FACSIMILE**

| | |
|---|---|
| Date of Service: 9/21/2017 | /s/Celine P. DerKrikorian |
| | Ann E. Swartz, Esquire, I.D. # 201926 |
| | Celine P. DerKrikorian, Esquire, I.D. # 313673 |
| | Alexandra T. Garcia, Esquire, I.D. # 307280 |
| | McCabe, Weisberg & Conway, P.C. |
| | 123 S. Broad Street, Suite 1400 |
| | Philadelphia, PA  19109 |
| | Telephone: (215) 790-1010 |
| | Facsimile: (215) 790-1274 |
| | ecfmail@mwc-law.com |
| | Attorneys for Movant |