**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-24761-CMB |
| | : | |
| Dennis Cash, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated January 9, 2018 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated January 4, 2018* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated January 10, 2018          Executed by:  /s/ Lawrence W. Willis
                                                    Lawrence W. Willis, Esquire
                                                    Willis & Associates
                                                    201 Penn Center Blvd
                                                    Pittsburgh, PA 15235
                                                    Tel: 412.825.5170
                                                    Fax: 412.823.2375

MATRIX

Dennis Cash
1304 Evans Avenue
McKeesport, PA 15132

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Parkview Community Federal Credit Union
c/o McGrath McCall, P.C.
Three Gateway Center, Suite 1375
401 Liberty Avenue
Pittsburgh, PA 15222-1000

Peoples Natural Gas Company, LLC
Attn: Dawn Lindner
225 North Shore Drive
Pittsburgh, PA 15212-5861

AFNI
PO Box 3097
Bloomington, IL 61702-3097

AURORA BANK FSB
10350 PARK MEADOWS DR ST
Lone Tree, CO 80124-6800

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

BAYVIEW FINANCIAL LOAN
4425 Ponce De Leon Blvd
Miami, FL 33146-1873

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Bayview Loan Servicing, LLC
4425 Ponce de Leon Boulevard
Coral Gables, FL 33146-1837

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281

Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298

Chase Home Finance LLC
PO Box 24696
Columbus, OH 43224-0696

Convergent Outsourcing
PO Box 9004
Renton, WA 98057-9004

County of Allegheny
c/o Goehring Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, Pa 15219-6101

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Credit Protection
13355 NOEL RDSTE 2100
Dallas, TX 75240-6837

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
CHASE RECORDS CENTER|ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE LA 71203-4774

Midland Funding LLC
2365 NORTHSIDE DRIVESUITE 300
San Diego, CA 92108-2709

Nation Star
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

PARKVIEW COMM FCU
1213 5TH AVE
McKeesport, PA 15132

Parkview Community Federal Credit Union
c/o McGrath McCall, P.C.
Three Gateway Center, Suite 1375
401 Liberty Avenue

Pittsburgh, PA 15222-1000

Pennsylvania America Water
PO Box 371412
Pittsburgh, PA 15250-7412

Peoples Natural Gas Company LLC Equitable
Di
225 North Shore Drive
Pittsburgh, PA 15212-5860
Attn: Dawn Lindner

SYNCB/LOWES
PO BOX 965005
Orlando, FL 32896-5005