IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Dennis Cash, | : | Chapter 13 |
| | : | |
| Movant | : | Bankruptcy No. 15-24761-CMB |
| | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 99 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | February 14, 2018 at 10:00 am |
| | : | |
| Ronda J. Winnecour, Esquire, | : | re dco. 99 |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## ENTERED BY DEFAULT
### ORDER

AND NOW, this ___1st___ day of ___February___, 2018, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $3,550.00 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $3,550.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees.

IT IS FURTHER ORDERED the Clerk shall record the total award of compensation in the amount of $7,550.00.

Additional fees may be paid through the Chapter 13 Plan provided that the Debtor amends the plan within twenty-one (21) days after the application for fees is allowed to increase the plan payment sufficiently to include those fees, if not already provided for. The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
2/1/18 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    dms
Hon. Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 15-24761-CMB
Dennis Cash                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw           Page 1 of 1           Date Rcvd: Feb 01, 2018
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
db             +Dennis Cash,    1304 Evans Ave,    McKeesport, PA 15132-4910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:
      Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, a Delaware Limited Liability Company ecfmail@mwc-law.com
      Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Ann E. Swartz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ecfmail@mwc-law.com
      Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com
      Ann E. Swartz    on behalf of Creditor    Wilmington Savings Fund Society, FBS ecfmail@mwc-law.com
      Celine P. DerKrikorian    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ecfmail@mwc-law.com
      Celine P. DerKrikorian    on behalf of Creditor    Wilmington Savings Fund Society, FBS ecfmail@mwc-law.com
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
      Joseph A. Dessoye    on behalf of Creditor    JPMorgan Chase Bank, National Association pawb@fedphe.com
      Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      Lawrence W. Willis    on behalf of Debtor Dennis Cash ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
      Matthew John McClelland    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Roger P. Poorman    on behalf of Creditor    Parkview Community Federal Credit Union rpoorman@lenderlaw.com, sdorn@lenderlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 17