## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>Dennis Cash<br>        Debtor(s). | Case No. **15-24761**<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM #5-1** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that JP Morgan Chase Bank, National Association is canceling the debt related to the Proof of Claim filed on 5/20/2016 and assigned as Claim number 5-1 and considers the Proof of Claim as satisfied as of the date of this Notice.  Chase will be releasing the lien on the mortgage loan and canceling the mortgage balance. Accordingly, any future disbursements on Claim number 5-1 should cease at this time. Any monies received after the date of this notice will be returned to the sender.

Dated: July 31, 2018

Respectfully submitted,
Bonial & Associates, P.C.


/s/ John Rafferty
John Rafferty
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized agent for JP Morgan Chase Bank, National Association

### CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 31st day of July, 2018 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
**Dennis Cash**
1304 Evans Ave
McKeesport, PA 15132
ALLEGHENY-PA

**Debtors' Attorney**
**Lawrence W. Willis**
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@westernpabankruptcy.com

*Chapter 13 Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

/s/ John Rafferty
John Rafferty