Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dennis Cash**
   Debtor(s)

Bankruptcy Case No.: 15–24761–CMB

Chapter: 13
Docket No.: 116 – 115
Concil. Conf.: November 1, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **October 9, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 22, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 1, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 23, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-24761-CMB
Dennis Cash                                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2             Date Rcvd: Aug 23, 2018
                              Form ID: 410            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
```
db            +Dennis Cash,    1304 Evans Ave,    McKeesport, PA 15132-4910
cr            +JP Morgan Chase Bank, National Association,    14841 Dallas Pkwy Suite 425,
               Dallas, TX 75254-8067
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
14158861      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14158864      +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
14158865      +Chase Home Finance LLC,    PO Box 24696,    Columbus, OH 43224-0696
14158866      +Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
14200026      +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, Pa 15219-6101
14158868      +Credit Protection,    13355 NOEL RDSTE 2100,    Dallas, TX 75240-6837
14234098      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,
               MAIL CODE LA4-5555,    700 KANSAS LANE,    MONROE LA 71203-4774
14225422     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
14158871      +Nation Star,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14158872       PARKVIEW COMM FCU,    1213 5TH AVE,    McKeesport, PA 15132
14158873      +Pennsylvania America Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14239050       Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14158859      +E-mail/Text: EBNProcessing@afni.com Aug 24 2018 01:42:30      AFNI,    PO Box 3097,
               Bloomington, IL 61702-3097
14164197       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2018 01:50:29
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
14158862      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 24 2018 01:42:42
               BAYVIEW FINANCIAL LOAN,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1873
14237844      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 24 2018 01:42:42
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    Coral Gables, FL 33146-1837
14158863      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2018 01:50:42      Capital One Bank,
               P.O. Box 30281,    Salt Lake City, UT 84130-0281
14158867      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 24 2018 01:50:23      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
14158869      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2018 01:42:16      Midland Funding LLC,
               2365 NORTHSIDE DRIVESUITE 300,    San Diego, CA 92108-2709
14158874      +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2018 01:49:38      SYNCB/LOWES,    PO BOX 965005,
               Orlando, FL 32896-5005
14660312       E-mail/Text: bkteam@selenefinance.com Aug 24 2018 01:41:46
               Wilmington Savings Fund Society, FSB,    c/o Selene Finance,    9990 Richmond Avenue,
               Suite 400 South,    Houston, Texas 77042-4546
                                                                                               TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Bayview Loan Servicing, LLC, a Delaware Limited Li
cr             Bayview Loan Servicing, a Delaware Limited Liabili
cr             JPMorgan Chase Bank, National Association
cr             Nationstar Mortgage LLC
cr             Wilmington Savings Fund Society, FBS
cr             Wilmington Savings Fund Society, FBS
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*           +Parkview Community Federal Credit Union,    c/o McGrath McCall, P.C.,
               Three Gateway Center, Suite 1375,    401 Liberty Avenue,    Pittsburgh, PA 15222-1004
14158870*     +Midland Funding LLC,    2365 NORTHSIDE DRIVESUITE 300,    San Diego, CA 92108-2709
14158860     ##+AURORA BANK FSB,    10350 PARK MEADOWS DR ST,    Lone Tree, CO 80124-6800
14203880     ##+Parkview Community Federal Credit Union,    c/o McGrath McCall, P.C.,
               Three Gateway Center, Suite 1375,    401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                TOTALS: 8, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                  Date Rcvd: Aug 23, 2018
                               Form ID: 410                Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:

```
          Alexandra Teresa Garcia    on behalf of Creditor   Bayview Loan Servicing, a Delaware Limited
           Liability Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          Andrew F Gornall    on behalf of Creditor   Nationstar Mortgage LLC andygornall@latouflawfirm.com
          Ann E. Swartz    on behalf of Creditor   Wilmington Savings Fund Society, FBS ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Ann E. Swartz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          Ann E. Swartz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          Celine P. DerKrikorian    on behalf of Creditor   Wilmington Savings Fund Society, FBS
           ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Joseph A. Dessoye    on behalf of Creditor   JPMorgan Chase Bank, National Association
           pawb@fedphe.com
          Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Dennis  Cash ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Matthew John McClelland    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor   Parkview Community Federal Credit Union
           pjaquish@lenderlaw.com
          Roger P. Poorman    on behalf of Creditor   Parkview Community Federal Credit Union
           rpoorman@lenderlaw.com,   sdorn@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 18
```