**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/20/2018

IN RE:

DENNIS CASH
1304 EVANS AVE
MCKEESPORT, PA 15132
XXX-XX-1263          Debtor(s)

Case No.15-24761 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/20/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Int % / Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 1<br>Court Claim Number: 4 | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 2627 | CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 1/16 |
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE**<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 2<br>Court Claim Number: 7 | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2775 | CLAIM: 309.04<br>COMMENT: NTC ONLY/PRAE*SVC THRU 5/31/17 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 3<br>Court Claim Number: 5 | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1419 | CLAIM: 16,601.01<br>COMMENT: CL @ 41460.22 W/DRAWN-DOC 114 AS STAISFIED*DK*BAL WAIVED/CR/LTR |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SELENE FINANCE<br>9990 RICHMOND AVE STE 400S<br>HOUSTON, TX 70042 | Trustee Claim Number: 4<br>Court Claim Number: 6 | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 7086 | CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 1/16*FR BAYVIEW-DOC 78 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 5<br>Court Claim Number: 2 | INT %: 12.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: A135 | CLAIM: 656.64<br>COMMENT: 381A135;10-15*CL2GOV*3273.04 TTL/PL@0%*W/6,39,40*DK |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 6<br>Court Claim Number: 2 | INT %: 12.00%<br>CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C146 | CLAIM: 587.06<br>COMMENT: 381C146;11-15*CL2GOV*3273.04 TTL/PL@0%*W/5,39,40*DK |
| **PARKVIEW COMMUNITY FCU***<br>2100 EDEN PARK BLVD*<br>MCKEESPORT, PA 15132 | Trustee Claim Number: 7<br>Court Claim Number: 3 | INT %: 4.25%<br>CRED DESC: VEHICLE<br>ACCOUNT NO.: 3001 | CLAIM: 1,016.35<br>COMMENT: PIF/CONF*2431.89/CL-PL@4.25%MDF/PL |
| **PERTORRE AND CO INC**<br>RD 4 BOX 240<br>ELIZABETH, PA 15037 | Trustee Claim Number: 8<br>Court Claim Number: NC | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1263 | CLAIM: 0.00<br>COMMENT: PMT/PL*400x(60+2)=LMT*ARRS/PL=$0*NTC-RSV |
| **ALLEGHENY COUNTY FAMILY DIVISION****<br>ATTN: G REDIC ESQ-DEPUTY ADMIN<br>440 ROSS ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 9<br>Court Claim Number: | INT %: 0.00%<br>CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$/SCH-PL*ND DSO INFO |
| **AFNI**<br>P.O. BOX 3097<br>BLOOMINGTON, IL 61702 | Trustee Claim Number: 10<br>Court Claim Number: | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5238 | CLAIM: 0.00<br>COMMENT: NO$/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AURORA BANK FSB**<br>2617 COLLEGE DR<br><br>SCOTTSBLUFF, NE  69363 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA**++**<br>POB 26012<br>NC4-105-02-77<br>GREENSBORO, NC  27410 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br><br>WILMINGTON, DE  19801 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0133 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3693 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8680 |
| **CITY OF MCKEESPORT (MUN SVC FEE)**<br>C/O COLLECTOR<br>500 FIFTH AVE<br>MCKEESPORT, PA  15132 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br><br>RENTON, WA  98057 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2639 |
| **CREDIT ONE BANK**<br>POB 98873<br><br>LAS VEGAS, NV  89193 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9542 |
| **CREDIT PROTECTION ASSOC**<br>13355 NOEL RD<br>21ST FLOOR<br>DALLAS, TX  75240 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3185 |
| **EQUITY ONE INC++**<br>301 LIPPINCOTT DR*<br><br>MARLTON, NJ  08053 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **GOEHRING RUTTER & BOEHM**<br>1424 FRICK BLDG<br>437 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **KEYSTONE MUNIC COLLECTIONS\*\* NOW KEYS**<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **KRATZENBERG & ASSOCIATES/AKA\*\***<br>KEYSTONE CLLCTNS GRP<br>1532 LINCOLN WAY<br>WHITE OAK, PA  15131 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MCKEESPORT AREA SCHOOL DISTRICT\*\***<br>3590 O'NEIL BLVD<br>MCKEESPORT, PA  15132 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA  92108 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5098 |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA  92108 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 933X |
| **MORTGAGE LENDERS NETWORK++**<br>213 COURT ST<br>FL 11<br>MIDDLETOWN, CT  06457 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **OCWEN LOAN SERVICING LLC(\*)**<br>ATTN CASHIERING DEPT<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL  33409-6493 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PARKVIEW COMMUNITY FCU\***<br>2100 EDEN PARK BLVD\*<br>MCKEESPORT, PA  15132 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **PENNSYLVANIA-AMERICAN WTR CO\***<br>300 GALLEY RD\*<br>MCMURRAY, PA  15317 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PHELAN HALLINAN LLP**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **SAFEWAY INSURANCE COMPANY**<br>C/O POERIO AND WALTER INC<br>119 PENN AVE STE 303<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: AVD/DOE*NO$/SCH*DK |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$~NT ADR~LOWES/SCH |
| **AMERICAN INFOSOURCE LP AGENT FOR T MOE**<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4665 | CLAIM: 99.25<br>COMMENT: NT/SCH |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SELENE FINANCE<br>9990 RICHMOND AVE STE 400S<br>HOUSTON, TX 70042 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7086 | CLAIM: 581.29<br>COMMENT: $/CL-PL*THRU 12/15*FR BAYVIEW-DOC 78 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1419 | CLAIM: 0.00<br>COMMENT: CL @ 3523.41 W/DRAWN-DOC 114 AS STAISFIED*BAL WAIVED/CR/LTR |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2627 | CLAIM: 1,226.07<br>COMMENT: $/CL-PL*THRU 12/15 |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: ALLEGHENY CO/PRAE |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: A135 | CLAIM: 1,663.56<br>COMMENT: 381A135;10-15*NON%*CL2GOV*3273.04 TTL/PL@0%*W/5,6,40*DK |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C146 | CLAIM: 365.78<br>COMMENT: 381C146;11-15*NON%*CL2GOV*3273.04 TTL/PL@0%*W/5,6,39*DK |

| CLAIM RECORDS | | |
|---|---|---|
| **DSO Receipient** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| | COMMENT:  N ID 228747 | |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B/** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O SELENE FINANCE | Court Claim Number:6 | ACCOUNT NO.:  7086 |
| 9990 RICHMOND AVE STE 400S | CLAIM:  0.00 | |
| HOUSTON, TX  70042 | COMMENT:  DSLLWD/OE*NTC POSTPET FEES-EXP*REF CL=650*W/35*FR BAYVIEW-DOC 78*DI | |

Case 15-24761-CMB    Doc 118    Filed 09/20/18    Entered 09/20/18 10:12:02    Desc
Page 7 of 7