Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dennis Cash** | : | Case No. 15−24761−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 115 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

    *AND NOW,* this ***The 25th of October, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)   The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 15-24761-CMB
Dennis Cash                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel             Page 1 of 2             Date Rcvd: Oct 25, 2018
                              Form ID: 309           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
```
db             +Dennis Cash,    1304 Evans Ave,    McKeesport, PA 15132-4910
cr             +JP Morgan Chase Bank, National Association,    14841 Dallas Pkwy Suite 425,
                 Dallas, TX 75254-8067
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14158865       +Chase Home Finance LLC,    PO Box 24696,    Columbus, OH 43224-0696
14200026       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, Pa 15219-6101
14234098       +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,
                 MAIL CODE LA4-5555,    700 KANSAS LANE,    MONROE LA 71203-4774
14225422      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
14158871       +Nation Star,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14934375        New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
14158872        PARKVIEW COMM FCU,    1213 5TH AVE,    McKeesport, PA 15132
14158873       +Pennsylvania America Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14239050       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14158859       +EDI: AFNIRECOVERY.COM Oct 26 2018 06:03:00     AFNI,    PO Box 3097,
                 Bloomington, IL 61702-3097
14164197        EDI: AIS.COM Oct 26 2018 06:03:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
14158862       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 26 2018 02:15:32
                 BAYVIEW FINANCIAL LOAN,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1873
14158861       +EDI: TSYS2.COM Oct 26 2018 06:03:00     Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
14237844       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 26 2018 02:15:32
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    Coral Gables, FL 33146-1837
14158863       +EDI: CAPITALONE.COM Oct 26 2018 06:03:00     Capital One Bank,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14158864       +EDI: CHASE.COM Oct 26 2018 06:03:00     Chase Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
14158866       +EDI: CONVERGENT.COM Oct 26 2018 06:03:00     Convergent Outsourcing,    PO Box 9004,
                 Renton, WA 98057-9004
14158867       +EDI: RCSFNBMARIN.COM Oct 26 2018 06:03:00     Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
14158868       +EDI: CREDPROT.COM Oct 26 2018 06:03:00     Credit Protection,    13355 NOEL RDSTE 2100,
                 Dallas, TX 75240-6837
14158869       +EDI: MID8.COM Oct 26 2018 06:03:00     Midland Funding LLC,    2365 NORTHSIDE DRIVESUITE 300,
                 San Diego, CA 92108-2709
14158874       +EDI: RMSC.COM Oct 26 2018 06:03:00     SYNCB/LOWES,    PO BOX 965005,    Orlando, FL 32896-5005
14660312        E-mail/Text: bkteam@selenefinance.com Oct 26 2018 02:14:40
                 Wilmington Savings Fund Society, FSB,    c/o Selene Finance,    9990 Richmond Avenue,
                 Suite 400 South,    Houston, Texas 77042-4546
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
cr              Bayview Loan Servicing, a Delaware Limited Liabili
cr              JPMorgan Chase Bank, National Association
cr              Nationstar Mortgage LLC
cr              Wilmington Savings Fund Society, FBS
cr              Wilmington Savings Fund Society, FBS
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*             New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
cr*            +Parkview Community Federal Credit Union,    c/o McGrath McCall, P.C.,
                 Three Gateway Center, Suite 1375,    401 Liberty Avenue,    Pittsburgh, PA 15222-1004
14158870*      +Midland Funding LLC,    2365 NORTHSIDE DRIVESUITE 300,    San Diego, CA 92108-2709
14158860      ##+AURORA BANK FSB,    10350 PARK MEADOWS DR ST,    Lone Tree, CO 80124-6800
14203880      ##+Parkview Community Federal Credit Union,    c/o McGrath McCall, P.C.,
                 Three Gateway Center, Suite 1375,    401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                                TOTALS: 8, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2           Date Rcvd: Oct 25, 2018
                              Form ID: 309            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:

```
          Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, a Delaware Limited
           Liability Company ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
          Ann E. Swartz    on behalf of Creditor    Wilmington Savings Fund Society, FBS ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Ann E. Swartz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          Celine P. DerKrikorian    on behalf of Creditor    Wilmington Savings Fund Society, FBS
           ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           ecfmail@mwc-law.com
          James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Joseph A. Dessoye    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pawb@fedphe.com
          Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Dennis  Cash ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Matthew John McClelland    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    Parkview Community Federal Credit Union
           pjaquish@lenderlaw.com
          Roger P. Poorman    on behalf of Creditor    Parkview Community Federal Credit Union
           rpoorman@lenderlaw.com,  sdorn@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 18
```