# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DENNIS CASH

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.: 15-24761

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2015 and confirmed on 03/07/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,247.88 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,247.88 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 7,250.00 | |
|     Trustee Fee | 1,814.67 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,064.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP( | 0.00 | 6,730.36 | 0.00 | 6,730.36 |
|     Acct: 8875 | | | | |
|   JPMORGAN CHASE BANK NA | 16,601.01 | 16,601.01 | 0.00 | 16,601.01 |
|     Acct: 1419 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 7,598.61 | 0.00 | 7,598.61 |
|     Acct: 7086 | | | | |
|   PERTORRE AND CO INC | 0.00 | 1,498.44 | 0.00 | 1,498.44 |
|     Acct: 1263 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 581.29 | 14.08 | 0.00 | 14.08 |
|     Acct: 7086 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1419 | | | | |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP( | 1,226.07 | 29.69 | 0.00 | 29.69 |
|     Acct: 8875 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 656.64 | 9.49 | 229.93 | 239.42 |
|     Acct: A135 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 587.06 | 8.49 | 205.45 | 213.94 |
|     Acct: C146 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 1,663.56 | 40.28 | 0.00 | 40.28 |
| Acct: A135 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 365.78 | 8.86 | 0.00 | 8.86 |
| Acct: C146 | | | | |
| PARKVIEW COMMUNITY FCU* | 1,016.35 | 1,016.35 | 192.17 | 1,208.52 |
| Acct: 3001 | | | | |
| | | | | 34,183.21 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,550.00 | 3,550.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX0-18 | | | | |
| ALLEGHENY COUNTY FAMILY DIVISION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7086 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUITA | 309.04 | 0.00 | 0.00 | 0.00 |
| Acct: 2775 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5238 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0133 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3693 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8680 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2639 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9542 | | | | |
| CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3185 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5098 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 933X | | | | |
| PARKVIEW COMMUNITY FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SAFEWAY INSURANCE COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 99.25 | 0.00 | 0.00 | 0.00 |
| Acct: 4665 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AURORA BANK FSB++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 15-24761 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITY OF MCKEESPORT (MUN SVC FEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EQUITY ONE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GOEHRING RUTTER & BOEHM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEYSTONE MUNIC COLLECTIONS** NOW ⊦ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KRATZENBERG & ASSOCIATES/AKA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCKEESPORT AREA SCHOOL DISTRICT** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MORTGAGE LENDERS NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 34,183.21 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 22,697.76 |
| UNSECURED | 408.29 |

Date: 11/05/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com